

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2014

No. 04-14-00012-CV

Burton **KAHN,**
Appellant

v.

**HELVETIA ASSET RECOVERY INC.,**
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

On March 17, 2014, this court received appellant's brief. The brief violates Texas Rule of Appellate Procedure 38 in that it does not include record references in the statement of facts. Appellant must include references to the appellate record. While substantial compliance with Rule 38 is sufficient, this court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See* TEX. R. APP. P. 38.9(a). We conclude that the formal defects described above constitute flagrant violations of Rule 38.

We, therefore, ORDER appellant to file an amended brief within ten days from the date of this order. If the amended brief does not correct the violations, we may strike the brief and prohibit appellant from filing another. *See* TEX. R. APP. P. 38.9(a); *see also id.* 42.3(c) (allowing dismissal of appellant's case if appellant fails to comply with a requirement of the Texas Rules of Appellate Procedure or an order of this court).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court